UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.,** as
Broadcast Licensee of the **January 19, 2019**
**Pacquiao vs. Broner** Match,

                                   Plaintiff,

     -against-

LAWRENCE GLYNN, DIANE HONEYWELL,
and KYUNG EUN LEE, Individually, and as
officers, directors, shareholders, principals,
managers and/or members of COFFEE 101 LLC,
d/b/a THE STONEBRIDGE,

and

COFFEE 101 LLC, d/b/a THE STONEBRIDGE,

                                 Defendants.
-------------------------------------------------------------

**STIPULATION OF SETTLEMENT AND ADMINISTRATIVE DISMISSAL**

Civil Action No.
1:19-CV-02362-RJD-SMG

PLEASE TAKE NOTICE THAT Plaintiff JOE HAND PROMOTIONS, INC., hereby notifies the Court that it has settled and compromised the within and foregoing action as against the above named Defendants.

This is based upon a settlement made between Plaintiff and the above referenced Defendants, wherein the terms will be carried out by December 31, 2019.

It is Plaintiff's intention to file a Stipulation of Dismissal no later than January 20, 2019.

The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendants. Alternatively, upon completion of

the terms of this settlement, Plaintiff will dismiss their claims against the Defendants pursuant to

Rule 41 of the Federal Rules of Civil Procedure.

Dated:   November 25, 2019
         Ellenville, New York

**JOE HAND PROMOTIONS, INC.**

By:   /s/Julie Cohen Lonstein
JULIE COHEN LONSTEIN, ESQ. (JL8521)
Attorney for Plaintiff
LONSTEIN LAW OFFICE, P.C.
190 South Main Street: P.O. Box 351
Ellenville, NY  12428
Tel:  (845) 647-8500
Fax:   (845) 647-6277
Email: Legal@signallaw.com
*Our File No. JHP19-01NY-11*

**CARUSO GLYNN, LLC**

By:   *Lawrence C. Glynn*
LAWRENCE C. GLYNN, ESQ.
Attorney for Defendants
242-03 Northern Boulevard, Suite 201
Little Neck, NY 11362
Tel: (718) 819-8667
Email: lglynn@carusoglynn.com
File No. 55.052219.01