UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.,** as
Broadcast Licensee of the **January 19, 2019
Pacquiao vs. Broner** Match,

                            Plaintiff,

     -against-

LAWRENCE GLYNN, DIANE HONEYWELL,
and KYUNG EUN LEE, Individually, and as
officers, directors, shareholders, principals,
managers and/or members of COFFEE 101 LLC,
d/b/a THE STONEBRIDGE,

and

COFFEE 101 LLC, d/b/a THE STONEBRIDGE,

                          Defendants.
-------------------------------------------------------------

**ORDER OF DISMISSAL**

Civil Action No.
1:19-CV-02362-RJD-SMG

Considering the Stipulation of Settlement and Administrative Dismissal by the Parties and

based on the settlement between the Parties, it is hereby

**ORDERED** that the Clerk's Office is authorized to close this case due to its settlement and

in the event of any nonpayment of the terms, Plaintiff has the right to reopen and reinstate its claim

against Defendants by January 15, 2020.

Dated this _____ day of _____, 2019.

 

                          _____
                          HON. RAYMOND J. DEARIE
                          UNITED STATES SENIOR JUDGE